UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK WADE BREDOW,<br><br>Plaintiff,<br><br>v.<br><br>TRINH LE,<br><br>Defendants. | Case No. 24-10979<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL
(ECF NO. 40)**

Plaintiff Mark Wade Bredow, proceeding pro se and *in forma pauperis*, sues Defendant Trinh Le, alleging that she was deliberately indifferent to his serious medical needs, in violation of the Eighth Amendment. ECF No. 1. The Honorable Shalina D. Kumar referred the case to this Court for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 19.

Bredow moves for Le to produce discovery material, namely the number of lawsuits and grievances against her. ECF No. 40. Local Rule 37.2 states that any discovery motion "shall include, in the motion itself or in an attached memorandum, a verbatim recitation of each interrogatory,

request, answer, response, and objection which is the subject of the motion or a copy of the actual discovery document which is the subject of the motion." Missing from Bredow's motion is any indication that he submitted discovery requests to Le. Failure to comply with the local rule warrants denial of the motion. *Moore v. Maly*, No. 4:18-cv-13845, 2021 WL 4522302, at *2 (E.D. Mich. Oct. 4, 2021). And if Bredow intended his motion to serve as a discovery request, that practice is improper; Bredow needed to submit his discovery requests in accordance with Federal Rules of Civil Procedure 26 through 37. Thus, his motion is **DENIED**.

Dated: December 10, 2025

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

## NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge. Fed. R. Civ. P. 72(a). The district judge may sustain an objection only if the order is clearly erroneous or contrary to law. 28 U.S.C. § 636. **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."** E.D. Mich. LR 72.2.

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 10, 2025.

                                          s/Davon Allen
                                          DAVON ALLEN
                                          Case Manager