UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARK WADE BREDOW,<br>Plaintiff,<br><br>v.<br><br>TRINH LE, M.D.,<br>Defendant. | Case No. 24-10979<br>Honorable Shalina D. Kumar<br>Magistrate Judge Elizabeth A. Stafford |

**OPINION AND ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 61) AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 44)**

Plaintiff Mark Bredow, a pro se prisoner under Michigan Department of Corrections (MDOC), filed this 42 U.S.C. § 1983 action alleging defendant Tring Le, M.D., ("Dr. Le") was deliberately indifferent to his medical needs. ECF No. 1. This case was referred to the assigned magistrate judge for all pretrial matters pursuant to 28 U.S.C. § 636(b)(1). ECF No. 19.

Dr. Le moved for summary judgment. ECF No. 44. On July 9, 2026, the magistrate judge issued a Report and Recommendation ("R&R")

recommending the Court grant Dr. Le's motion because Bredow failed to show that Dr. Le provided grossly inadequate medical care. ECF No. 61.

Neither party filed objections to the R&R and the time to do so has expired. *See* Fed. R. Civ. P. 72(b)(2). The failure to file a timely objection to an R&R constitutes a waiver of the right for further judicial review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusion, under a *de novo* or any other standard, when neither party objects to those findings"); *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373–74 (6th Cir. 1987) (failure to file objection to R&R "waived subsequent review of the matter"); *Lardie v. Birkett*, 221 F. Supp. 2d 806, 807 (E.D. Mich. 2002) ("As to the part of the report and recommendation to which no party has objected, the Court need not conduct a review by any standard."). However, there is some authority that a district court is required to review the R&R for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee Note Subdivision (b) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Therefore, the Court has reviewed the R&R for clear error and finds none.

Accordingly, the Court **ADOPTS** the R&R (ECF No. 61) and **GRANTS** Dr. Le's motion for summary judgment (ECF No. 44). This case is now closed. A separate judgment will issue.

**IT IS SO ORDERED**.

s/ Shalina D. Kumar
SHALINA D. KUMAR
United States District Judge

Dated: August 21, 2026